# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STEVEN K. SCHWARTZ, P.A.,**
Appellant,

v.

**GUARDIANSHIP OF CLINTON E. RAMSDEN, JR.,**
Appellee.

No. 4D22-2889

[April 13, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Lopane, Judge; L.T. Case No. PRC21-4947.

Steven K. Schwartz, P.A., Boca Raton, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***